IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ELLSWORTH HARRELL,<br><br>             Plaintiff,<br><br>v.<br><br>TERRIE LOCKNER et al.,<br><br>             Defendants. | **MEMORANDUM DECISION & ORDER**<br><br><br>Case No. 2:14-CV-546 DN<br><br>District Judge David Nuffer |

The Court has directed the United States Marshals Service to serve process in this case. *See* Fed. R. Civ. P. 4(c)(2).  To do so, by statute, the United States Marshal "shall command all necessary assistance to execute its duties."  *See* 28 U.S.C.S. § 556(c) (2016).

The Complaint identifies the following Utah Department of Corrections (UDOC) employee as a defendant:  **Terrie Lockner**.

Service of process on current government employees may be effected via authorized agent.  If the named defendant is no longer employed by UDOC or UDOC is not authorized to accept service for this individual, more information must be obtained from UDOC to complete service.

Accordingly, **IT IS HEREBY ORDERED** that:  If UDOC is unable to accept service of process for the defendant identified above, UDOC shall disclose to the United States Marshals Service any information in its records that may help in identifying, locating and completing service of process upon the named defendant.  Such information shall include, but is not limited to, the defendant's full name and any known aliases, dates of birth, Social Security numbers,

driver's license numbers, all previous addresses, and last known addresses on file. The U.S. Marshal shall take all necessary measures to safeguard any personal information provided by UDOC to ensure that it is not disclosed to anyone other than the U.S. Marshals Service or Court officers.

    **IT IS SO ORDERED**.

    DATED this 2nd day of May, 2016.

               BY THE COURT:

                _____
                CHIEF JUDGE DAVID NUFFER
                United States District Court