IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ELLSWORTH HARRELL,<br><br>                   Plaintiff,<br><br>v.<br><br>TERRIE LOCKNER et al.,<br><br>                   Defendants. | **MEMORANDUM DECISION &<br>DISMISSAL ORDER**<br><br>Case No. 2:14-CV-546-DN<br><br>District Judge David Nuffer |

      The Court last heard from Plaintiff when he moved for appointed counsel on August 1, 2016. On November 7, 2016, the Court denied the motion and ordered Plaintiff to within thirty days "file a formal response to Defendant's motion to dismiss, filed June 10, 2016." That order was returned to sender, marked "NOT KNOWN UNABLE TO FORWARD."

      **IT IS THEREFORE ORDERED** that, for failure to prosecute, *see* DUCivR 41-2, the complaint is dismissed. This case is **CLOSED**.

      Signed January 18, 2017.

                                    BY THE COURT

                                    _____
                                    David Nuffer
                                    United States District Judge